**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7681**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

      v.

RODNEY EDWARD WALL, a/k/a Sld Dft 3:99-24-9, a/k/a Big
Rodney,

                Defendant – Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge. (3:99-cr-00024-FDW-9)

Submitted: February 18, 2009     Decided: February 24, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rodney Edward Wall, Appellant Pro Se.  Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Edward Wall appeals the district court's order denying Wall's 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Wall, No. 3:99-cr-00024-FDW-9 (W.D.N.C. Aug, 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED